## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Michael Day,

Plaintiff(s),

v.

River Forest School District 90, et al ,

Defendant(s).

Case No. 10 C 4426
Judge Ronald A. Guzman

### ORDER

No objections having been filed, the Court adopts the Report and Recommendation [278] in full and orders Day to pay a sanction of $250.00 to defendants on or before 10/31/2014.

Date: 9/26/2014

Ronald A. Guzman, U.S. District Court Judge